**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH RESOURCES & SERVICES ADMINISTRATION, *et al.*,<br><br>Defendants. | Case No. 24-cv-549 (JMC) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED**

that Defendants' motion for summary judgment, ECF 14, is **GRANTED** and Plaintiff's cross-

motion for summary judgment, ECF 18, is **DENIED**.

The Clerk of Court shall terminate this case.

This is a final appealable order.

_____
JIA M. COBB
United States District Judge

Date: March 30, 2026

1